**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| United States of America, | Plaintiff |
| vs. | CRIMINAL ACTION NO. 3:04CR129-HTW-AGN-001 |
| CLARENCE CARTER, | Defendant |
| and | |
| RALLY'S/ aka Costal Express, Inc.<br>Post Office Box 2906-220<br>Laurel, MS 39442-2906 | Garnishee |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on  June 2, 2008, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On May 19, 2008, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee withhold $70.00 per pay period of defendant's disposable earnings and forward said payments to  plaintiff, at **Clerk, U.S. District Court, Post Office Box**

**23552, Jackson, MS 39225-3552** until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this 24th day of September, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


CRIMINAL ACTION NO. 3:04CR129-HTW-AGN-001
Garnishee Order